IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURA WHEAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-10-CA-1040-FB |
| | ) | |
| ABBOTT PRODUCTS, INC. f/k/a | ) | |
| Solvay Pharmaceuticals, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER LIFTING STAY AND TO SHOW CAUSE**

Before the Court is Defendant Abbott Products Inc.'s Motion to Life Stay and Order Plaintiff to Show Cause. (Docket no. 29). Plaintiff filed no response in opposition to the motion. After careful consideration, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that the stay entered in this case is LIFTED and plaintiff is ORDERED to SHOW CAUSE why the Court should not dismiss her complaint with prejudice. See Christopher v. SmithKline Beecham Corp., 132 S. Ct. 2156 (2012) (determining that pharmaceutical sales representatives are exempt from overtime pay pursuant to the outside salesperson exemption set forth in Fair Labor Standards Act). Plaintiff shall file her response **on or before September 13, 2012.** Plaintiff is notified that the failure to timely and properly comply with this Order shall result in the dismissal of this case.

It is so ORDERED.

SIGNED this 29th day of August, 2012.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE